# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **MICHAEL E. GARNER,** | ) | |
|     Plaintiff, | ) | Civil Action No. 7:11-cv-00318 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **LAWRENCE JONES, et al.,** | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and the accompanying Memorandum Opinion to the plaintiff and to counsel of record for the defendant, if known.

**ENTERED** this 13th day of July, 2011.

                                                      /s/ Norman K. Moon
                                                      NORMAN K. MOON
                                                      UNITED STATES DISTRICT JUDGE